UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEPHANALE ADAMS,

Plaintiff,

v

Case No. 25-13205
Hon. Brandy R. McMillion

MICHIGAN ABILITY PARTNERS (MAP), ANN ARBOR HOUSING COMMISSION (AAHC), et al.,

Defendants.

Stephanale Adams
*Pro Se* Plaintiff
900 S. Maple, Apt. 7
Ann Arbor, MI 48103
(734) 834-6721
adamsstephanale@gmail.com

STARR BUTLER, PLLC
Ryan J. Koss (P79893)
Fadi Charaf-Eddine (P87284)
Attorneys for Michigan Ability Partners
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 554-2700
rkoss@starrbutler.com
fcharaf-eddine@starrbutler.com

COLLINS EINHORN FARRELL PC
Matthew A. Brauer (P46082)
Attorneys for AAHC
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-5151
matthew.brauer@ceflawyers.com

**DEFENDANT MICHIGAN ABILITY PARTNERS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL [ECF NO. 84]**

Defendant, Michigan Ability Partners ("MAP"), through its attorneys, Starr Butler, PLLC, for its Response to Plaintiff Stephanale Adams' ("Plaintiff") Motion to Compel [ECF No. 84].

Plaintiff's Motion to Compel ECF No. 84 is identical to Plaintiff's Motion to Compel ECF No. 80 except for the date. Both of Plaintiff's motions invoke Fed. R. Civ. P. 33, 34, 36, and 37; both recite the same introduction and the same list of disputed topics; both contain the same sections I through IX; both request the same eight items of relief; and both list the same proposed Exhibits A through L. ECF No. 84's certificate of service even recites the same November 1, 2026 service date as ECF No. 80. [ECF No. 84].

Defendant MAP has already responded to this motion in full and relies upon its prior Response, Brief, and Exhibits [ECF No. 86] which MAP incorporates by reference in response to Plaintiff's current Motion to Compel.

For the reasons set forth in MAP's response to Plaintiff's other motion to compel [ECF No. 86], Defendant MAP respectfully requests that this Court strike or deny Plaintiff's Motion to Compel ECF Nos. 80 and 84, order Plaintiff to show cause why he should not be held in contempt and/or sanctioned, and dismiss Plaintiff's Amended Complaint with prejudice.

Respectfully submitted,

STARR BUTLER, PLLC

By: /s/ Ryan J. Koss
Ryan J. Koss (P79893)
Fadi Charaf-Eddine (P87284)
Attorneys for Michigan Ability Partners
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 554-2700
rkoss@starrbutler.com
fcharaf-eddine@starrbutler.com

Dated: November 25, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEPHANALE ADAMS,

Plaintiff,

v

MICHIGAN ABILITY PARTNERS (MAP), ANN ARBOR HOUSING COMMISSION (AAHC), et al.,

Defendants.

Case No. 25-13205
Hon. Brandy R. McMillion

Stephanale Adams
*Pro Se* Plaintiff
900 S. Maple, Apt. 7
Ann Arbor, MI 48103
(734) 834-6721
adamsstephanale@gmail.com

STARR BUTLER, PLLC
Ryan J. Koss (P79893)
Fadi Charaf-Eddine (P87284)
Attorneys for Michigan Ability Partners
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 554-2700
rkoss@starrbutler.com
fcharaf-eddine@starrbutler.com

COLLINS EINHORN FARRELL PC
Matthew A. Brauer (P46082)
Attorneys for AAHC
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-5151
matthew.brauer@ceflawyers.com

**BRIEF IN SUPPORT OF DEFENDANT MICHIGAN ABILITY PARTNERS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL [ECF NO. 84]**

As indicated above, Defendant MAP relies upon its prior Response, Brief, and Exhibits [ECF No. 86] which MAP incorporates by reference in response to Plaintiff's current Motion to Compel.

For the reasons set forth in MAP's response to Plaintiff's other motion to compel [ECF No. 86], Defendant MAP respectfully requests that this Court strike or deny Plaintiff's Motion to Compel ECF Nos. 80 and 84, order Plaintiff to show cause why he should not be held in contempt and/or sanctioned, and dismiss Plaintiff's Amended Complaint with prejudice.

Respectfully submitted,

STARR BUTLER, PLLC

By: /s/ Ryan J. Koss
Ryan J. Koss (P79893)
Fadi Charaf-Eddine (P87284)
Attorneys for Michigan Ability Partners
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 554-2700
rkoss@starrbutler.com
fcharaf-eddine@starrbutler.com

Dated: November 25, 2026

**CERTIFICATE OF SERVICE**

The undersigned says that on November 25, 2026, she has caused to be served **Defendant Michigan Ability Partners' Response in Opposition to Plaintiff's Motion to Compel [ECF No. 84], Brief in Support of Response and this Certificate of Service** via first class mail upon *Pro Se* Plaintiff and via the Court's electronic file system upon all attorneys of record.

/s/ Kiersten Plane
Kiersten Plane